UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Coleta Ray Gipson

               Plaintiff(s),              CASE NO.    13-10818
       v.                                 JUDGE       Mark A Goldsmith

New England Compounding Pharmacy,

               Defendant(s).
_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:   U.S. District Court
      District of Massachusetts

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL

TRANSFER ORDER in Multi District Litigation 2419.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for

inclusion in MULTI DISTRICT LITIGATION 2419.  Please file all future documents with the

court listed above.

                              DAVID J. WEAVER, CLERK OF COURT

Date: March 14, 2013               By        s/Sarah Schoenherr
                                             Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

                              DAVID J. WEAVER, CLERK OF COURT

Date: March 14, 2013               By        s/Sarah Schoenherr
                                             Deputy Clerk